■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SEBASTIAN ROMAN, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Suffolk County, entered February 24, 1971, which denied the application without a hearing. Order affirmed. No opinion. Munder, Latham and Gulotta, JJ., concur; Rabin, P. J., and Hopkins, J., dissent and vote to reverse the order and to grant the application to the extent of directing that a hearing be held on defendant's allegations, with the following memorandum: Defendant's allegations entitle him to a hearing. The record does not conclusively refute his contentions; nor are his allegations incredible as a matter of law (*People* v. *Bagley*, 23 N Y 2d 814).